(May 10, 1946.)

In the Matter of the Estate of SYDNEY A. FOSTER, Deceased. JACOB GILMAN et al., as Executors of SYDNEY A. FOSTER, Deceased, et al., Appellants; MARJORIE FOSTER, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SMITH-WEIHMAN COMPANY, INC., Respondent, v. SHAPIRO BROS. FACTORS CORP. et al., Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 935.]

EDWARD A. GREENSPON, Appellant, v. E. R. SQUIBB & SONS, Respondent.— Judgment unanimously affirmed, with costs. · No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

DOROTHY H. ARMSTRONG et al., Respondents, v. HILAND G. BATCHELLER et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

KARL BOCK, Appellant, v. ETHEL ROSENTHAL, Respondent.—Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ROMANO, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent, v. FLORENCE RENKOFF, Doing Business under the Name of IMPERIAL GARAGE, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of ALAN K. GREENE, Petitioner, against CHARLES P. GROSS et al., Constituting the Board of Transportation of the City of New York, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NATALIE BIELEFELD, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant. NATALIE C. BIELEFELD, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgments unanimously affirmed, with one bill of costs to the respondent against the defendants-appellants. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CHARLES A. COLLINS, Respondent, v. GUIDE REALTY COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

In the Matter of 184 REALTY CORPORATION, Appellant. LEO NEWHOUSE & Co., INC., et al., Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 1016.]

ALETHIA JONES, Respondent, v. HERBERT EQUITIES, INC., Defendant, and MAX WEINSTEIN, Doing Business as H & W GRILL, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [186 Misc. 163.]